# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3478
L.T. Case Nos. 2022-100446-CFDL
2024-106304-CFDL

_____

NICHOLAS B. SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.801 Appeal from the Circuit Court for Volusia County.
Kathleen McNeilly, Judge.

Nicholas B. Shaw, Century, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

May 7, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____